# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK EDWARD CHOUINARD,
Appellant,
vs.
LU YANG; AND GANG ZHAO,
Respondents.

No. 82415

FILED

FEB 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on February 1, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Carli Lynn Kierny, District Judge
Derek Edward Chouinard
Gang Zhao
Lu Yang
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-05329